# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3326

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Gerardo Garcia Hernandez, also | * | |
| known as Gerardo Garcia, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: January 7, 1999

Filed: January 20, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gerardo Garcia Hernandez (Mr. Garcia) pleaded guilty to distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced Mr. Garcia to 70 months imprisonment and 5 years supervised release. Mr. Garcia appeals, and we affirm.

---

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

For reversal, Mr. Garcia argues the district court erred in denying him a minimal or minor role reduction under U.S. Sentencing Guidelines Manual § 3B1.2 (1998). At sentencing, a government witness testified that he observed Mr. Garcia enter a laundromat after a brief conversation with a confidential informant (CI) in the CI's vehicle, and then return to the CI's vehicle with a package containing 232 grams of actual methamphetamine. Additionally, Mr. Garcia testified that he contacted a supplier after agreeing to provide drugs for the CI, and that he expected to be compensated for his role in the transaction.

Based on this testimony, we conclude the district court did not clearly err in concluding Mr. Garcia was neither a minor nor a minimal participant. Mr. Garcia does not dispute that he arranged the transaction, that he accompanied the source to the transaction, that he delivered the drugs to the CI, and that he expected to receive compensation. See United States v. Chatman, 119 F.3d 1335, 1341 (8th Cir.), cert. denied, 118 S. Ct. 434 (1997); United States v. Harris, 974 F.2d 84, 86 (8th Cir. 1992).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.